```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 11385
   CHARLES F NOETZEL
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3349


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/12/06 and confirmed on 01/24/07.

   2.  The case was converted to Chapter 7 after confirmation, 08/29/2008.

   3.  The Debtor paid a total of $  11418.25 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
CCO MORTGAGE               CURRENT MORTG         .00            .00             .00
CCO MORTGAGE               MORTGAGE ARRE     7921.81            .00         7921.81
AMERICAN GENERAL FINANCE   SECURED VEHIC     3408.22         310.81         1167.97
WILL COUNTY TREASURER      SECURED               .00            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         2593.37            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1133.19            .00             .00
COMED                      UNSECURED        NOT FILED           .00             .00
DISCOVER BANK              UNSECURED         4487.79            .00             .00
FIFTH THIRD BANK           UNSECURED         1652.06            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        23650.71            .00             .00
NICOR GAS                  UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED        NOT FILED           .00             .00
SBC AMERITECH              UNSECURED        NOT FILED           .00             .00
ILLINOIS DEPT REVENUE      PRIORITY          2378.35            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00             .00
ILLINOIS DEPT REVENUE      UNSECURED          444.70            .00             .00
           Summary of disbursements:
----------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER           TOTAL

TOTAL CLMS ALLOWED  11330.03    2378.35    33961.82         .00         47670.20
PRINCIPAL PAID       9089.78        .00         .00         .00          9089.78
INTEREST PAID         310.81        .00         .00         .00           310.81
TOTAL PAID           9400.59        .00         .00         .00          9400.59
The Debtor's attorney, ROBERT V SCHALLER                , was allowed $   3000.00
and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $     517.66 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                             PAGE   2
           CASE NO. 06 B 11385 CHARLES F NOETZEL